# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL MONTOYA CHAVARRIA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | Case No. 1:26-cv-04275-KES-EPG-HC<br><br>ORDER REGARDING PETITIONER'S REQUEST FOR STATUS<br><br>(ECF No. 12) |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 14, 2026, Petitioner filed the instant request inquiring about the status of his petition. (ECF No. 12.) The Court is aware that the petition has been pending and that Petitioner is waiting for the Court to rule. The Court does not have an estimate for that ruling but will do so as promptly as possible given the hundreds of habeas petitions pending before the Court. The Court notes that it generally is unable to respond in writing to individual inquiries regarding the status of the case.

IT IS SO ORDERED.

Dated: **August 14, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE