UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXEL MONTOYA CHAVARRIA (A-Number: 220-079-010),<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT, et al.,<br>Respondents. | No. 1:26-cv-04275-KES-EPG (HC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING IMMEDIATE RELEASE<br>Docs. 1, 14 |

Petitioner Axel Montoya Chavarria is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 19, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering petitioner's immediate release. Doc. 14. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations, Doc. 14, are ADOPTED in full.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. The Court ORDERS that respondents release petitioner Axel Montoya Chavarria (A-Number: 220-079-010) immediately. If respondents seek to re-detain petitioner, they must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which petitioner's eligibility for bond must be considered.[1]
4. Respondents are ORDERED to provide petitioner with a copy of this Order upon his release.
5. The Clerk of Court is directed to terminate any pending motions, close this case, and enter judgment for petitioner.
6. The Clerk is directed to serve the California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: September 18, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.